### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

**SANTA FE POLICE DEPARTMENT,**

    **Plaintiff,**

**v.**                                                                 **No. 14-cv-0523 SMV/SCY**

**ONE (1) 2003 WHITE BMW CV,**

    **Defendant.**

### ORDER OF REMAND

THIS MATTER is before the Court on the Response to the Order to Show Cause and Request for Remand [Doc. 15], filed by the Santa Fe Police Department ("SFPD") on August 4, 2014.  SFPD indicates that this matter was improperly removed and requests that it be remanded to state court.  *Id.*

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this case is remanded to the First Judicial District Court, County of Santa Fe, State of New Mexico.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**